IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| FRANKLIN AMERICAN MORTGAGE COMPANY, | )<br>)<br>) |
| Plaintiff, | ) No. 3:14-cv-00729<br>) |
| v. | ) Judge Nixon<br>) Magistrate Judge Griffin<br>) |
| PACIFIC RESIDENTIAL MORTGAGE, LLC, | ) JURY DEMAND<br>) |
| Defendant. | ) |

## ORDER

Pursuant to 28 U.S.C. § 294(b), the undersigned is unable or unwilling to undertake this matter. Accordingly, I hereby **RECUSE** myself and return this case to the Clerk of Court for reassignment to another judge.

It is so ORDERED.

Entered this the 5 day of August, 2014.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT